# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-10038-STA |
| RONALD SOLOMON, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION FOR SECOND BOND HEARING

Defendant has sent a letter to the Court (DE #372), which the Court will construe as a Motion for Second Bond Hearing. Defendant's motion is *DENIED* because he is currently represented by counsel and, thus, cannot file motions *pro se*. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel ...."); *see also United States v. Toufaili*, 2011 WL 318125, at *1 (E.D. Mich. Jan. 31, 2011) (reiterating that a criminal defendant is not entitled to represent himself while simultaneously represented by counsel and citing cases that a party may choose either to represent himself or to appear through an attorney).

The Clerk's Office is directed to mail a copy of this order to the defendant at the address listed on the envelope accompanying his motion.

<u>s/ S. Thomas Anderson</u>
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: April 6, 2021